IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>BRANDON T. FLAKES<br>xxx-xx-7508<br>2521 Open Range Dr<br>Fort Worth, TX 76177<br><br><br><br>DEBTOR(S) | § § § § § § § § § § | CASE NO.23-41611<br>CHAPTER 13 |

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY CO-DEBTOR STAY ON REAL PROPERTY LOCATE AT 2521 OPEN RANGE DRIVE, FORT WORTH, TX 76177 AND WAIVER OF THIRTY-DAY HEARING REQUIREMENT AND REQUEST FOR HEARING TO BE HELD IN PLANO, TX**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Brandon T. Flakes, Debtor herein, filing this Response to Motion of U.S. BANK TRUST NATIONAL ASSOCIATION, for Relief from Automatic Stay, and hereby objecting to same, respectfully shows as follows:

1. Debtor(s) admits the allegations of paragraph 1 to 4.

2. Debtor(s) denies the allegations of paragraph 5 to 8.

DATED:  April 12, 2024            Respectfully submitted,

                                                        BARRON & CARTER, L.L.P.
                                                        P. O. BOX 1347
                                                        NEDERLAND, TEXAS 77627
                                                        (409) 727-0073

                                                        BY:/s/ Diane S. Carter
                                                           DIANE S. CARTER
                                                           TBA NO. 24043310
                                                       ATTORNEY FOR DEBTOR

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 12, 2024, a true and correct copy of the above and forgoing Response to Motion of U.S. BANK TRUST NATIONAL ASSOCIATION shall be served via electronic means, if available, otherwise by regular, first class mail, to....

**Capital One Auto Finance,**
**a division of Capital One, N.A.,**
**c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

**Courtney M. Flakes**
2521 Open Range Dr.
Fort Worth, TX 76177

**Brandon T. Flakes**
2521 Open Range Dr
Fort Worth, TX 76177

**Nathan Frederick Jones Smith**
Malcolm Cisneros A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

**The County of Denton, Texas**
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

**Northwest ISD**
Linebarger Goggan Blair & Sampson, LLP
C/O Lisa Large Evans
2777 North Stemmons Frwy
Suite 1000
Dallas, Tx 75207

**Tarrant County**
Linebarger Goggan Blair & Sampson, LLP
C/O Lisa Large Evans
2777 North Stemmons Frwy
Suite 1000
Dallas, Tx 75207

**Nationstar Mortgage LLC**
**as servicer for U.S. Bank National Association,**
**not in its individual capacity but solely as trustee for**
**RMTP Trust, Series 2021 Cottage-TT-V**
c/o **Richard E. Anderson**
Anderson Vela, LLP
4920 WESTPORT DRIVE
THE COLONY, TX 75056

**Carey D. Ebert**
P. O. Box 941166
Plano, TX 75094-1166

This service complies with Local Rules of Bankruptcy Procedure 9013(e).

/s/ Diane S. Carter
DIANE S. CARTER