IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re:  Brandon T. Flakes                                                            Case No. 23-41611

                                                                                                       *Chapter 13*
_____/ *Debtor*

*Attorney for Debtor: Diane S. Carter #24043310*

### SUPPLEMENTAL STATEMENT PURSUANT TO RULE 2016(b)

*The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:*

1. The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:

   | | |
   |---|---|
   | For legal services rendered, Debtor(s) agrees to pay | $500.00 |
   | Prior to the filing of this Statement, Debtor(s) has paid | $500.00 |
   | Balance due | 0.00 |

2. The filing fee has been paid.

3. The Services rendered or to be rendered include the following:
   Response to Motion to Lift Stay of U.S. BANK TRUST NATIONAL ASSOCIATION

4. The source of payments made by the Debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and none other.

5. The undersigned has received no transfer, assignment or pledge of property from the Debtor(s) except the following for the value stated:  None.

6. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows: None.

*Dated:*  April 12, 2024

                                                                                         *Respectfully submitted,*

                                                                                         /s/ Diane S. Carter
                                                                                          DIANE S. CARTER
                                                                                         #24043310
                                                                                         BARRON & CARTER, L.L.P.
                                                                                         P.O. Box 1347
                                                                                         Nederland, Texas 77627
                                                                                         ATTORNEY FOR DEBTOR